IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-02248-PAB-BNB

DIANE GILSTRAP and
ELIZABETH BEATTY, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

N.A.R., Inc.,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    This matter comes before the Court on the parties' Joint Motion to Dismiss With Prejudice [Docket No. 33]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Joint Motion to Dismiss With Prejudice [Docket No. 33] is GRANTED. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

    **ORDERED** that all pending motions are denied as moot.

DATED March 13, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge